# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **CV 18-9668 FMO (KSx)** | Date | **December 11, 2018** |
|---|---|---|---|
| Title | **Barbara Jane Mele v. C & J Development Enterprises Inc., dba Custom Towing** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
|---|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present    None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal or Transfer

Pursuant to 28 U.S.C. § 1391, venue is proper in a judicial district in which "any defendant resides[,]" "a substantial part of the events or omissions giving rise to the claim occurred[,]" or, if there is no district which meets either of those criteria, "any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391. Having reviewed the Complaint, it appears that virtually all of the events in this case took place in the District of Nevada. (See Dkt. 1, Complaint at ¶¶ 7-11). Accordingly, IT IS ORDERED that no later than **December 17, 2018,** plaintiff shall show cause in writing why this action should not be dismissed for improper venue or transferred to the District Court of Nevada. **Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to the transfer the this action to the District of Nevada.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |